UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

DIANA L. BAKER                                        CASE NUMBER: 05-12963
SSN: xxx-xx-0334                                       CHAPTER 13
Debtor

---

**NOTICE TO LANDMARK CREDIT UNION THAT $47.81 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Landmark Credit Union, creditor herein, and deposits $47.81 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Landmark Credit Union was:

   Centrix Financial
   6782 S. Potomac Street
   Centennial, CO 80112

1. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned as undeliverable by the United States Postmaster;

2. That the Standing Chapter 13 Trustee has been unsuccessful in obtaining a proper address for said creditor as it appears Centrix Financial filed a Chapter 11 in United States Bankruptcy Court in the District of Colorado.

3. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   December 15, 2010                           /s/ Debra L. Miller
                                                     Debra L. Miller, Trustee
                                                     P.O. Box 11550
                                                     South Bend, IN 46634
                                                     (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    December 15, 2010

By U.S. Mail postage prepaid
Debtor: Diana L. Baker, 2485 Fratney Avenue, Apt. 4, Milwaukee, WI 53212
Creditor: Landmark Credit Union, Centrix Financial, 6782 S. Potomac Street, Centennial, CO 80112

By electronic mail via CM/ECF:

Debtor's Attorney: Frederick W. Wehrwein
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King